1  PATRICE E. KING
   pf2100@aol.com
2  3428 Claridge Drive
   Danville, California 94526
3  (925) 876-3738

4  Plaintiff, in *Pro Se*

5  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
6  rebecca.hull@sdma.com
   ERIN A. CORNELL  Bar No. 227135
7  erin.cornell@sdma.com
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, California 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10
   Attorneys for Defendant
11 Metropolitan Life Insurance Company

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 PATRICE E. KING,                       CASE NO. C 10-0382 MHP

16      Plaintiff,                        **STIPULATION AND [PROPOSED]**
                                          **ORDER CONTINUING SETTLEMENT**
17      v.                                **CONFERENCE DATE AND FURTHER**
                                          **CASE MANAGEMENT CONFERENCE**
18 METROPOLITAN LIFE INSURANCE
   COMPANY,
19
        Defendant.
20

21      Plaintiff Patrice King and defendant Metropolitan Life Insurance Company ("MetLife")

22 (collectively, "the Parties") hereby stipulate and agree, and respectfully request the Court to

23 order, as follows:

24      WHEREAS, on May 10, 2010, this Court ordered the parties to Magistrate Chen for a

25 settlement conference, to be held within 45 to 60 days of May 10, 2010 (Doc. No. 11);

26      WHEREAS, this Court also set a further Case Management Conference for August 23,

27 2010 (Doc. No. 11);

28      WHEREAS, pursuant to the Notice Of Settlement Conference And Settlement

1 Conference Order dated May 13, 2010, Magistrate Judge Chen set a settlement conference for
2 June 28, 2010 (Doc. No. 12);
3    WHEREAS, on June 3, 2010, the court continued the settlement conference to July 26,
4 2010 (Doc. No. 13);
5    WHEREAS, the Parties are not available on July 26, 2010 to attend the settlement
6 conference;
7    WHEREAS, the Parties and Magistrate Judge Chen are available for a settlement
8 conference on August 27, 2010, and intend to appear at a settlement conference on that date;
9    WHEREAS, August 27, 2010 is after the last day to participate in a settlement
10 conference and the date of the further Case Management Conference;
11    WHEREAS, the parties wish to stipulate to extend the deadline for completion of a
12 settlement conference and also the date of the further Case Management Conference
13    NOW, THEREFORE, the parties hereby stipulate to and respectfully request that the
14 Court continue the last day to participate in the settlement conference to August 27, 2010;
15    The parties further stipulate to and respectfully request that the Court continue the further
16 Case Management Conference to September 13, 2010 at 3 p.m.  The parties agree that if the case
17 settles at the settlement conference, they shall immediately notify the Court.
18    IT IS SO AGREED AND STIPULATED, AND RESPECTFULLY SUBMITTED:
19 DATED:  July 1, 2010

21                                            By:  /s/ Patrice E. King (w/permission granted 6/30/2010)
                                                   Patrice E. King
22                                                 Plaintiff in *Pro Se*

23 DATED:  July 1, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP

25                                            By:  /s/ Erin A. Cornell
                                                   Rebecca A. Hull
26                                                 Erin A. Cornell
                                                   Attorneys for Defendant
27                                                 Metropolitan Life Insurance Company
28

**<u>ORDER</u>**

IT IS SO ORDERED that the last day for the parties to participate in a settlement conference is continued to August 27, 2010.  IT IS FURTHER ORDERED that the parties shall appear at a further Case Management Conference on September 13, 2010.  The parties are to immediately notify the Court of any settlement of this matter.

IT IS SO ORDERED.

DATED:   July 2, 2010



_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE