| | |
|---|---|
| 1 | LAW OFFICES OF DENISE SCHMIDT |
|   | DENISE SCHMIDT  Bar No. 123858 |
| 2 | deniseschmidt_esq@yahoo.com |
|   | P.O. Box 311 |
| 3 | Walnut Creek, California 94596 |
|   | Telephone: (925) 324-2365 |
| 4 | Facsimile: (925) 933-3821 |
| 5 | Attorneys for Plaintiff |
|   | Patrice E. King |
| 6 | |
|   | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | REBECCA A. HULL  Bar No. 99802 |
|   | rebecca.hull@sdma.com |
| 8 | ERIN A. CORNELL  Bar No. 227135 |
|   | erin.cornell@sdma.com |
| 9 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 10 | San Francisco, CA  94105-1008 |
|   | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| 12 | Attorneys for Defendant |
|   | Metropolitan Life Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE E. KING, | Case No. C 10-0382 MHP (EMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

SF/1880663v1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action, through their |
| 2 | counsel of record, that the above-captioned action be and hereby is dismissed with prejudice |
| 3 | pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear |
| 4 | her or its own attorneys' fees and costs. |

**IT IS SO STIPULATED.**

DATED: November 23, 2010     LAW OFFICES OF DENISE SCHMIDT

By: /s/ Denise Schmidt
Denise Schmidt
Attorneys for Plaintiff
Patrice E. King

DATED: December 2, 2010     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Erin Cornell
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendant
Metropolitan Life Insurance Company

**IT IS SO ORDERED.**

DATED: 1/3/2011

HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*